IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONT HALL,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL ZAKEN, ET AL.<br><br>   Defendants. | 2:20-CV-01431-CCW |

**ORDER**

  This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

  On December 6, 2022, the Magistrate Judge issued a Report, ECF No. 89, recommending that Defendants' Motion for Summary Judgment, ECF No. 66, be granted.  Service of the Report and Recommendation was made on the parties, and no objections have been filed.

  After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 66, is **GRANTED**, and the Magistrate Judge's Report and Recommendation, ECF No. 89, is adopted as the Opinion of the District Court.

  IT IS SO ORDERED.

  DATED this 28th day of December, 2022.

                   BY THE COURT:

                                          /s/ Christy Criswell Wiegand  
                                          CHRISTY CRISWELL WIEGAND  
                                          United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. mail):

LAMONT HALL  
JG-3187  
SCI SOMERSET  
1590 Walters Mill Road  
Somerset, PA 15510-0001